Case No. 23-3159

United States Court of Appeals
for the Ninth Circuit

United States of America,

    Appellee,

v.

Ethan Nordean, also known as Rufio Panman,

    Appellant.

Consolidated with 23-3160, 23-3161, 23-3162, 23-3165, 23-3192, 23-3193, 23-3194, 23-3195, 23-3196

## Joint Proposed Briefing Order

In response to this Court's order filed October 10, 2024, undersigned counsel and the government respectfully request the following proposed scheduling order in this case:

    a. Defendants' joint opening brief: 40,000 words, due May 12, 2025.

    b. Government's principal and response brief: 45,000 words, due November 12, 2025.

1

c. Defendants' reply and response brief: 40,000 words, due February 12, 2026.

d. Government's reply brief: 22,500 words, due April 13, 2026.

Counsel respectfully requests these extended timeframes and word limits given the extremely lengthy record in this case, which includes 78 trial days and nearly 1,000 docket entries, in addition to voluminous trial exhibits. In addition, counsel for Mr. Pezzola didn't participate in the trial in this case, which further justifies the requested deadline for the defendants' joint opening brief.

The Court previously approved a similar joint proposed briefing order in *United States v. Harrelson*, Nos. 23-3089 et al. Like this appeal, the *Harrelson* appeal involves a multiple co-defendant trial related to the events of January 6, 2024. The instant joint proposed briefing schedule replicates the timeframes from the approved *Harrelson* order but requests additional words due to the comparative length of the trial in this case (over twice as many days).

Counsel for the government, Daniel Lenerz, agrees with this joint proposed scheduling order.

Dated November 12, 2024.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/Ryan Norwood*
        Ryan Norwood
        Assistant Federal Public Defender

        */s/Jeremy C. Baron*
        Jeremy C. Baron
        Assistant Federal Public Defender
        Federal Public Defender, District of Nevada
        411 E. Bonneville Ave. Suite 250
        Las Vegas, NV 89101
        (702) 388-6577

        *Counsel for Dominic Pezzola*

        */s/ Nicholas D. Smith*
        Nicholas D. Smith
        David B. Smith PLLC
        1123 Broadway
        Townsend Building
        New York, NY 10010
        (917) 902-3869

        *Counsel for Ethan Nordean*

*/s/Norman A. Pattis*
Norman A. Pattis
Pattis & Associates, LLC
383 Orange Street
New Haven, CT 06511
(203) 393-3017

*Counsel for Joseph Biggs and Zachary Rehl*

*/s/Nayib Hassan*
Nayib Hassan

*/s/Sabino Jauregui*
Sabino Jauregui
Law Office of Nayib Hassan
6175 NW 153 St. Suite 209
Miami Lakes, FL 33014
(305) 403-7323

*Counsel for Enrique Tarrio*


*/s/ Daniel J. Lenerz*
Daniel J. Lenerz
Assistant U.S. Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6829

*Counsel for Plaintiff-Appellee*

4