# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-3159**                      **September Term, 2024**

1:21-cr-00175-TJK-1
1:21-cr-00175-TJK-2
1:21-cr-00175-TJK-3
1:21-cr-00175-TJK-5
1:21-cr-00175-TJK-6

**Filed On:** January 28, 2025

United States of America,

      Appellee

    v.

Ethan Nordean, also known as Rufio Panman,

      Appellant

------------------------------

Consolidated with 23-3160, 23-3161, 23-3162, 23-3165, 23-3192, 23-3193, 23-3194, 23-3195, 23-3196

# O R D E R

Upon consideration of the United States' motion to dismiss government cross-appeals, it is

**ORDERED** that the motion be granted, and Nos. 23-3192, 23-3193, 23-3194, 23-3195, and 23-3196 be dismissed. It is

**FURTHER ORDERED** that the consolidation of Nos. 23-3192, 23-3193, 23-3194, 23-3195, and 23-3196 with No. 23-3159, et al., be terminated.

The Clerk is directed to issue the mandate forthwith in Nos. 23-3192, 23-3193, 23-3194, 23-3195, and 23-3196.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                            BY:     /s/
                                          Emily Campbell
                                          Deputy Clerk