**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Appeal No. 23-3159 |
| ETHAN NORDEAN, | Consolidated with 23-3160, 23-3161, 23-3162 |
| Appellant. | |

**APPELLANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Appellants Ethan Nordean, Joseph Biggs, Zachary Rehl, and Dominic Pezzola respectfully move the Court to modify the briefing schedule by extending their time to file the joint opening brief by 90 days. The government does not oppose this relief.

Under the current scheduling order, Appellants' joint opening brief is due September 12, 2025. 4/10/2025 Scheduling Order. Nordean's counsel has a brief due in another complex appeal one business day after the current filing deadline in this matter. Given the size of the record on appeal here and the complexity of the legal and factual issues—the trial lasted approximately five months and the transcript is over 10,000 pages—the Defendants whose appeals are consolidated with Nordean's are also amenable to an extension in the briefing schedule. Appellants have made only one prior request for an extension of time.

Accordingly, Appellants respectfully request that the Court modify the briefing

1

schedule as follows: Appellants' Joint Opening Brief and Appendix due December 12, 2025; Appellee's Response due June 12, 2026; Appellants' Joint Reply due September 12, 2026.

The government does not oppose Appellants' proposed modification. Appellants are grateful for the Court's consideration of this motion.

Dated: August 7, 2025          Respectfully  submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Ethan Nordean*

*/s/Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

*/s/Jeremy C. Baron*
Jeremy C. Baron

Assistant Federal Public Defender
Federal Public Defender, District of Nevada
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577

*Counsel for Dominic Pezzola*


/s/
Norman A. Pattis
Pattis & Associates, LLC
383 Orange Street
New Haven, CT 06511
(203) 393-3017

*Counsel for Joseph Biggs and Zachary Rehl*


**Certificate of Service**

I hereby certify that on the 7th day of August, 2025, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

3

## **Certificate of Compliance**

I hereby certify pursuant to Fed. R. App. P. 32(g) that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Times New Roman, a proportionally spaced typeface and contains 191 words.

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY
10010 Phone: (917)
902-3869
nds@davidbsmithpllc.com

*Attorney for Ethan Nordean*