**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO. 23-3161** |
| | ) | |
| **ETHAN NORDEAN, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | **NOVEMBER 3, 2025** |
| | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The undersigned respectfully requests that the due date for the appellants' brief in the instant case be extended by 60 days to February 12, 2026.  In support hereof, the undersigned represents as follows:

1. The brief is currently due on December 12, 2025.

2. At the time this deadline was set, all of the appellants were represented by counsel.

3. In late October, Appellant Rehl was given permission to proceed pro se and is, accordingly, without counsel.

4. The appellants are required to submit a joint brief.

5. Counsel for Messrs. Nordean, Biggs and Pezzola have worked collaboratively to identify issues to be briefed and to agree to assignment of issues for briefing.

6. Mr. Rehl has, to date, not been part of this process.

1

7. Upon information and belief, Mr. Rehl has only recently obtained a copy of the trial transcript in the instant matter, a transcript well in excess of 100,000 pages reflecting a five and one-half month trial.

8. Counsel for Messrs. Nordean, Biggs and Pezzola jointly request this extension of time.

9. Additionally, the undersigned requests additional time due to the press of other commitments, to wit: he completed a complex federal embezzlement trial in mid-October, argued a case in the Connecticut Supreme Court last week, and is beginning a murder trial expected to last approximately six weeks In New London, Connecticut, commencing on November 4, 2025.

10. Mr. Rehl's email opposes the motion, and suggests he may file an opposition.

11. The Government consents to granting the motion.

**WHEREFORE**, the Defendants respectfully request that this Motion for Extension of Time be granted.

DEFENDANT, JOSEPH BIGGS

**By:    /s/    Norman A. Pattis, Esq.**
Norman A. Pattis, Esq.
Pattis & Paz, LLC
383 Orange St., 1st Floor
New Haven, CT  06511
Telephone:    203-393-3017
Fax:            203-393-9745
Email:  npattis@pattispazlaw.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail (or email) to anyone unable to accept electronic filing.  Notice of this filing will be sent by email (**including Mr. Zachary Rehl via email:  zrehl1618@gmail.com**)  to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's System.

                **/s/     Norman A. Pattis, Esq.**