# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

## Case No. 23-3159

**United States of America**

 **v.**

**Ethan Nordean, Et Al.**                                   **August 14th 2025**

## APPELLANT ZACHARY REHL'S RESPONSE TO MOTION FOR EXTENSION OF TIME

Appellant Zachary Rehl, proceeding pro se, respectfully submits this response to the Motion [2143457] for Extension of Time filed by counsel for co-appellants Nordean, Biggs, and Pezzola on November 3, 2025. In support hereof, Mr. Rehl represents as follows:

1.  The Motion seeks a 60-day extension of the briefing deadline from December 12, 2025, to February 12, 2026, primarily citing Mr. Rehl's recent pro se status and purported need for additional time to review the trial transcript and participate in joint briefing efforts.

2.  Mr. Rehl respectfully denies that he requires additional time to proceed. As a pro se litigant, he is prepared to move forward with the current deadline and to fulfill his obligations in the joint briefing process without delay. Mr. Rehl

was an active participant during trial and possessed a bulk of the materials during the same time frame, so that concern is without merit.

3.  To the extent the Motion reflects scheduling constraints or preparatory needs of counsel for the other appellants, Mr. Rehl takes no position on those grounds and defers to the Court's discretion in evaluating whether such circumstances warrant an extension.

4.  Mr. Rehl respectfully requests that the Court deny the Motion insofar as it attributes any delay to his pro se status, but otherwise remains neutral and leaves the ultimate determination to the Court based on the interests of justice and the needs of all parties.

WHEREFORE, Appellant Zachary Rehl respectfully requests that this Response be considered and that the Court rule accordingly.

/s/ Zachary Rehl

Zachary Rehl, Pro Se

[Address: Redacted]

[Phone: Redacted]

Email: zachwrehl@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the above-captioned date, a copy of the foregoing was filed electronically and served by mail (or email) to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of

record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's System.

/s/ Zachary Rehl