Case No. 23-3159

United States Court of Appeals
District of Columbia Circuit

United States of America,

       Appellee,

v.

Ethan Nordean, also known as
Rufio Panman,

       Appellant.

Consolidated with 23-3160, 23-3162

**Appellants' Consent Motion for Extension of Time and to
Waive Paper Copies of the Appendix**

The appellants respectfully request the Court extend the deadline

for the appellants' joint brief and appendix by sixty (60) days, from

February 12, 2026, to April 13, 2026.  The appellants also respectfully

request the Court waive the requirement to file paper copies of the

appendix.

Counsel respectfully suggest the requested extension is

reasonably necessary.  On January 23, 2026, counsel for appellant

1

Joseph Biggs filed a consent motion to voluntarily dismiss Biggs's appeal. Assuming the Court grants the motion, the departure of Biggs and his attorney from the appeal will create logistical complexities for the remaining appellants. As the previous extension motion explains (Doc. No. 2143457), counsel for Biggs, Nordean, and Pezzola have worked collaboratively to identify issues to be briefed and have previously agreed to the assignment of issues for briefing. Biggs and his attorney's potential departure will require a reallocation of drafting responsibilities among the remaining attorneys. Counsel respectfully suggest this unexpected development provides good cause for a sixty-day extension request.

In addition, as the previous extension motion explains, appellant Rehl has been proceeding pro se in this complicated appeal for roughly three months. The attorneys for Nordean and Pezzola will need to coordinate about the contents of the brief with Rehl as a pro se litigant. Counsel respectfully suggest the coordination process provides additional grounds for an extension.

Finally, counsel seek an extension to allow for the proper preparation of the appendix. Because counsel anticipate raising

2

sufficiency challenges, counsel intends to include the full trial transcripts in the appeal, along with additional documents relevant to the issues on appeal.  There were 78 trial days and the trial transcripts total 20,587 pages.  Many of those days feature discussions that were sealed, and some of the docket entries were likewise sealed, which will complicate preparation of the appendix.  Mindful of Circuit Rule 30(b), counsel will make a concerted effort to omit unnecessary docket entries, pre-trial transcripts, and trial exhibits from the appendix, but the appendix will nevertheless be lengthy and difficult to fully compile. Counsel respectfully suggest additional time is reasonably necessary for the appendix preparation process.

Relatedly, counsel respectfully request the Court waive the requirement of filing paper copies of the appendix.  Circuit Rule 30(a) requires the filing of seven paper copies in additional to the electronically filed version.  As noted above, the trial transcripts alone total 20,587 pages.  Counsel respectfully suggests it would be unduly expensive and logistically burdensome to require CJA or FPD counsel to prepare print copies of an unusually lengthy appendix and therefore request the Court waive that requirement.  In the alternative, counsel

respectfully request the Court waive the requirement of print copies specifically for the trial transcript volumes of the appendix.  The Court recently granted a similar motion in a similar appeal, *United States v. Harrelson et al.*, Case Nos. 23-3089 et al. (Document No. 2154587).  As in the *Harrelson* order, the appellants would certainly defer to and accommodate a merits panel's request for paper copies at a later date.

Counsel for the government, Daniel Lenerz, doesn't object to the extension request and defers to the Court regarding the request to waive paper copies of the appendix.

Dated January 28, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/Ryan Norwood
Ryan Norwood
Assistant Federal Public Defender

/s/Jeremy C. Baron
Jeremy C. Baron
Assistant Federal Public Defender
Federal Public Defender, District of Nevada
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577

*Counsel for Dominic Pezzola*

/s/ Nicholas D. Smith
Nicholas D. Smith
David B. Smith PLLC
1123 Broadway
Townsend Building
New York, NY 10010
(917) 902-3869

*Counsel for Ethan Nordean*

/s/ Zachary Rehl
Zachary Rehl

*Pro Se*