UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF

COLUMBIA CIRCUIT

No. 23-3162

(Consolidated with 23-3159)

UNITED STATES OF AMERICA,

Appellee,

v. ZACHARY REHL,

Appellant.

MOTION TO HOLD APPELLATE BRIEFING IN ABEYANCE

PENDING DISTRICT COURT RESOLUTION OF DEFENDANT'S

RULE 33 MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE,

FOR LIMITED REMAND PURSUANT TO FED. R. CRIM. P. 37

Appellant Zachary Rehl, proceeding pro se, respectfully moves this

Court pursuant to Fed. R. App. P. 27 and the Court's inherent authority to

hold further appellate briefing in abeyance pending resolution of his pending

Rule 33 motion for a new trial (or, in the alternative, dismissal with

prejudice) based on newly discovered evidence in the district court (D.D.C.

No. 1:21-cr-00175-TJK-3, ECF No. 1081). In the alternative, Appellant

requests a limited remand to the district court under Fed. R. Crim. P. 37 solely for the purpose of ruling on that motion.

1. **Procedural History**: On November 26, 2025 (supplemented November 27, 2025), Appellant filed an emergency motion in this Court seeking a new trial or dismissal based on newly discovered evidence of prosecutorial misconduct. In response, both this Court (in its November and December 2025 orders) and the Government indicated that the appropriate method for addressing Appellant's newly discovered evidence claim was to pursue relief first via a Rule 33 motion in the district court. Appellant followed that process and filed his Rule 33 motion (ECF No. 1081) in the district court. In that motion, Appellant requests that the district court grant a new trial, or in the alternative, dismiss the charges with prejudice based on the newly discovered evidence of prosecutorial misconduct. Appellant hopes that the district court will grant this relief, which would either moot the pending appeal entirely or require substantial modification of the issues on appeal.

2. **Recent District Court Order**: On March 23, 2026, the district court (Judge Timothy J. Kelly) issued a Minute Order granting the

Government's motion for an extension of time (ECF No. 1085). The Government's response to Appellant's Rule 33 motion is now due April 10, 2026, and Appellant's reply is due April 24, 2026.

3. **Imminent Appellate Briefing Deadline**: Appellant's opening brief in this consolidated appeal is currently due on April 13, 2026.

4. **Good Cause Exists**: Having followed the procedure indicated by this Court and the Government in the November and December 2025 replies and orders, Appellant now respectfully requests that appellate briefing be held in abeyance. The district court is actively considering the Rule 33 motion on the merits. Holding briefing in abeyance (or granting a limited remand) will conserve judicial resources, prevent piecemeal litigation, and allow the district court to rule first on the motion that directly affects the validity of the conviction and sentence under appeal. *See* Fed. R. Crim. P. 37.

5. **No Prejudice**: The means of justice are best served by allowing this matter to play out first in the district court, and the Government will suffer no prejudice from a brief stay of appellate briefing.

**WHEREFORE**, Appellant respectfully requests that the Court (i) hold further appellate briefing in abeyance pending the district court's ruling on

March 23rd, 2026 (and any subsequent proceedings there), or (ii) in the alternative, remand the case to the district court for the limited purpose of ruling on that motion pursuant to Fed. R. Crim. P. 37.

Respectfully submitted,

/s/ Zachary Rehl

Zachary Rehl, Pro Se

zachwrehl@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30th, 2026, a copy of the foregoing motion was served via CM/ECF electronic filing on counsel for the United States and counsel for co-appellants Ethan Nordean, Joseph Biggs, and Dominic Pezzola at their respective addresses of record.

/s/ Zachary Rehl

Pro Se