**NOT YET SCHEDULED FOR ORAL ARGUMENT**
Nos. 23-3159, 23-3160, 23-3161, 23-3162 (Consolidated)

———————————

# United States Court of Appeals for the District of Columbia Circuit

———————————

**UNITED STATES OF AMERICA,**
*Plaintiff-Appellee,*

**v.**

**ETHAN NORDEAN, et al.,**
*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the District of Columbia

Nos. 1:21-cr-00175 (TJK)-1, 1:21-cr-00175 (TJK)-2,
1:21-cr-00175 (TJK)-3, 1:21-cr-00175 (TJK)-6

———————————

**REPLY BRIEF TO DEFENDANT-APPELLANT
JOSEPH BIGGS'S OPPOSITION TO REPRESENTATIVE JAMIE
RASKIN'S MOTION FOR LEAVE TO FILE *AMICUS* BRIEF**

Justin M. Sher
Douglas R. Jensen
Rebecca Prager
SHER TREMONTE LLP
90 Broad St., 23rd Floor
New York, NY 10004
Tel.: (212) 202-2600
jsher@shertremonte.com

*Attorneys for
Representative Jamie Raskin*

# TABLE OF AUTHORITIES

**Page**

**Cases**

*In re Flynn,*
  973 F.3d 74 (D.C. Cir. 2020) ...............................................................1

*United States v. Adams,*
  348 F.R.D. 408 (S.D.N.Y. 2025) ..........................................................1

**Rules**

Federal Rule of Appellate Procedure 27 ...................................................1

i

Representative Jamie Raskin files this short reply, *see* Fed. R. App. P. 27(a)(4), to correct a threshold misunderstanding in Defendant-Appellant Biggs's opposition. Large portions of Biggs's Memorandum appear to assume that the *amicus* who Representative Raskin requests for adversarial briefing on the Government's motion to vacate is *himself*. That is incorrect, and nowhere in his submission does Representative Raskin make such a request.

Instead, Representative Raskin urges this Court to appoint an independent, disinterested third party of the Court's choosing. He asks the Court to follow the same approach taken by the federal courts in *In re Flynn*, 973 F.3d 74 (D.C. Cir. 2020), where Judge Emmet Sullivan appointed former federal judge John Gleeson as *amicus*, and in *United States v. Adams*, 348 F.R.D. 408 (S.D.N.Y. 2025), where Judge Dale Ho appointed former Solicitor General Paul Clement as *amicus*. In cases such as these, where nominal adversaries are aligned in their positions, "precedent and experience have recognized the authority of courts to appoint an *amicus* to assist their decision-making . . . including in criminal cases and even when the movant is the government." *In re Flynn*, 973 F.3d at 81.

1

Dated:      April 23, 2026              Respectfully submitted,

                                       /s/ *Justin M. Sher*
                                       Justin M. Sher
                                       Douglas R. Jensen
                                       Rebecca Prager
                                       SHER TREMONTE LLP
                                       90 Broad St., 23rd Floor
                                       New York, NY 10004
                                       Tel.: (212) 202-2600
                                       jsher@shertremonte.com

                                       *Attorneys for*
                                       *Representative Jamie Raskin*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) and 32(a)(7) because the brief contains 190 words, excluding the parts of the brief exempt by Federal Rule of Appellate Procedure 32(f) and Circuit Rule 32(e)(1). This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Century Schoolbook font.

Dated:      April 23, 2026                    /s/ *Justin M. Sher*

                                             Justin M. Sher
                                             *Attorney for*
                                             *Representative Jamie Raskin*

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Court's CM/ECF system on April 23, 2026.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated:    April 23, 2026         /s/ *Justin M. Sher*

                        Justin M. Sher
                        *Attorney for*
                        *Representative Jamie Raskin*

4