# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3159**                                        **September Term, 2025**

**1:21-cr-00175-TJK-1**
**1:21-cr-00175-TJK-2**
**1:21-cr-00175-TJK-3**
**1:21-cr-00175-TJK-6**

**Filed On:**  May 21, 2026

United States of America,

        Appellee

    v.

Ethan Nordean, also known as Rufio
Panman,

        Appellant

------------------------------

Consolidated with 23-3160, 23-3161, 23-3162

**BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

# O R D E R

Upon consideration of the unopposed motion to vacate; the motion to participate as amicus curiae submitted by Representative Jamie Raskin, the oppositions thereto, the reply, and the lodged amicus brief; and the motion to participate as amicus curiae submitted by John H. Page and the lodged amicus brief, it is

**ORDERED** that Representative Raskin's motion to participate as amicus curiae be granted.  The Clerk is directed to file Representative Raskin's lodged amicus brief.  It is

**FURTHER ORDERED** that Page's motion to participate as amicus curiae be denied.  The court concludes that the arguments raised in Page's proposed amicus brief are not sufficiently relevant to the disposition of the government's motion to vacate and remand.  Cf. Fed. R. App. P. 29(a)(3)(B) (requiring a movant to show "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case").  It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3159**                              **September Term, 2025**


**FURTHER ORDERED** that the judgments of the district court be vacated and the cases be remanded to the district court for consideration of the government's forthcoming motion to dismiss the indictment.  In light of the government's stated intention to file such a motion, the court concludes that vacatur and remand is "just under the circumstances."  28 U.S.C. § 2106.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.


**Per Curiam**


**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk