# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3159**                    **September Term, 2025**

**1:21-cr-00175-TJK-2**
**1:21-cr-00175-TJK-1**
**1:21-cr-00175-TJK-6**
**1:21-cr-00175-TJK-3**

**Filed On: May 21, 2026** [2174534]

United States of America,

        Appellee

    v.

Ethan Nordean, also known as Rufio
Panman,

        Appellant

------------------------------

Consolidated with 23-3160, 23-3161,
23-3162

## M A N D A T E

In accordance with the order of May 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

            BY:    /s/
                        Selena R. Gancasz
                        Deputy Clerk

Link to the order filed May 21, 2026